UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

LEO DUCHNOWSKI,

        Plaintiff,

-against-

COUNTY OF NASSAU,
LIEUTENANT JAMES WATSON,
POLICE OFFICER JASON COLLINS,
POLICE OFFICER DAMIEN SUAREZ,
POLICE OFFICER RICHARD MAHEPATH,
POLICE OFFICER LARRY BRUE, AND
POLICE OFFICER SAMUEL J. AUGELLO,

        Defendants.
---------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JUL 11 2018   ★

**BROOKLYN OFFICE**

Docket No. 15CV4699 (SJF) (GRB)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned counsel for Plaintiff the Defendants, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice subject to the written Settlement Agreement and Release between the parties, and without costs or attorney fees to either party as against the other.

Dated: Garden City, New York
       July 9, 2018

**THE LAW OFFICES OF
CHRISTOPHER J. CASSAR, P.C.**

*[signature]*

By: Christopher J. Cassar, Esq.
*Attorneys for Plaintiff*
13 East Carver Street
Huntington, New York 11743
(631) 271-6596

**GOLDBERG SEGALLA LLP**

*[signature]*

By: Richard J. Femia, Esq.
*Attorneys for Defendants*
200 Garden City Plaza, Suite 520
Garden City, New York 11530
(516) 281-9800 Phone
(516) 281.9801 Fax

So Ordered

/s/ LDH    7/9/18
_____
LaShann DeArcy Hall
United States District Judge

20240958.v1

9